ACCEPTED
05-15-00403-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/11/2015 4:52:25 PM
LISA MATZ
CLERK

**CAUSE NOs. 05-15-00403-CR**
**05-15-00404-CR**
**05-15-00405-CR**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/11/2015 4:52:25 PM
LISA MATZ
Clerk

**THE COURT OF APPEALS**
**FOR THE FIFTH JUDICIAL DISTRICT**
**AT DALLAS**

_____

**VINCENT DEWAYNE JOHNSON,**
**APPELLANT**

**V.**

**THE STATE OF TEXAS,**
**APPELLEE.**

_____

**203RD DISTRICT COURT**
**DALLAS COUNTY, TEXAS**
**CAUSE NOs. F1360209, F1360595, F1360931**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME**
**TO FILE APPELLANT'S BRIEF**

_____

**BRUCE ANTON**
**State Bar No. 01274700**

**SORRELS UDASHEN & ANTON**
**2311 Cedar Springs Road**
**Suite 250**
**Dallas, Texas 75201**
**214/468-8100**
**214/468-8104 - fax**
**ba@sualaw.com**

**Attorney for Appellant**

COMES NOW, VINCENT DEWAYNE JOHNSON, Appellant herein, and moves this court to issue an extension of time to file Appellant's Brief, and support thereof would show the court as follows:

I.

The brief is due on June 14, 2015. Attorney for the Appellant requests an additional 30 days, until July 14, 2015, to file the brief.

II.

The numbers and style of the case in the District Court is F1360209, F1360595 and F1360931, *State of Texas v. Vincent Dewayne Johnson.*

III.

In cause numbers F1360209, F1360595 and F1360931, Appellant was convicted of aggravated sexual assault of a child under 14. The Appellant plead guilty to all charges and was sentenced before the judge to 20 years in the Texas Department of Criminal Justice in each case.

IV.

The reason for this request is that during the last few weeks counsel has been preparing an amended petition for writ of habeas corpus in *Faryion Edward Wardrip v. William Stephens,* case no. 7:01-CV-0247-G in the United States District Court for the Northern District of Texas, preparing an Appellant's Brief on Direct Appeal in *Russell Donald Tindell, II v. The State of Texas*, case no. 10-15-00016-CR in the

Tenth Court of Appeals of Texas, and also preparing an Appellant's Supplemental Brief in *Tommy Vincent Jetton v. State of Texas*, case no. 11-14-00264-CR in the Eleventh Court of Appeals.

V.

For the reasons set out above, counsel for Vincent Johnson will, in reasonable likelihood, be unable to submit the brief requested by this court. Counsel is asking for an extension of time of 30 days, or until approximately July 14, 2015, to file the brief.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his Appellant's Brief until July 14, 2015.

RESPECTFULLY SUBMITTED,

  /s/ Bruce Anton              _
BRUCE ANTON
State Bar No. 01274700

SORRELS UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 - fax
ba@sualaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time to file brief was delivered via email to the Dallas County District Attorney's Office, dcdaappeals@dallascounty.org on June 11, 2015.


  /s/ Bruce Anton          _
BRUCE ANTON